**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

| | | |
|---|---|---|
| ARCHESTER BORDERS, SR. | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| vs. | ) | No. 12-01131-CV-W-DGK |
| | ) | |
| CENTRAL CREDIT SERVICES, INC., | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

On March 25, 2013, the Court was advised that the case had settled. It is hereby

ORDERED that the parties shall file the appropriate settlement documents or a status report regarding completion of settlement on or before May 6, 2013.

    /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Date:  April 22, 2013