**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION**

**ARCHESTER BORDERS, SR.,**

        **Plaintiff,**                     **Civil Action Number**
**vs.**                                      **4:12-cv-01131-DGK**

**CENTRAL CREDIT SERVICES, INC.,**        **STIPULATION OF DISMISSAL**
                                                **WITH PREJUDICE**

        **Defendant.**

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff Archester Borders, Sr., and the

Defendant Central Credit Services, Inc., hereby stipulate to the dismissal of the above-styled case

and any claims that were raised or that could have been raised in this action, <u>with prejudice</u>, each

side to bear its own costs and attorneys fees.

                                    Respectfully submitted,

Dated:  April 23, 2013                 By <u>/s/J. Mark Meinhardt</u>
                                    J. Mark Meinhardt, #53501
                                    9400 Reeds Road, Suite 210
                                    Overland Park, Kansas 66207
                                    Telephone:    (913) 451-9797
                                    Facsimile:    (913) 451-6163
                                    Email:         mark@meinhardtlaw.com
                                    **ATTORNEY FOR PLAINTIFF**

Dated:  April 23, 2013                 By <u>/s/Joshua C. Dickinson</u>
                                      Joshua C. Dickinson, # 51446
                                    SPENCER FANE BRITT & BROWNE LLP
                                    1000 Walnut, Suite 1400
                                    Kansas City, MO 64106
                                    Telephone:    (816) 474-8100
                                    Facsimile:    (816) 474-3216
                                    Email: jdickinson@spencerfane.com
                                    **ATTORNEY FOR DEFENDANT**