IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ARCHESTER BORDERS, SR. ) | |
| ) | |
| Plaintiff(s), ) | |
| vs. ) | No. 12-01131-CV-W-DGK |
| ) | |
| CENTRAL CREDIT SERVICES, INC., ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

Having considered the Stipulation of Dismissal with Prejudice (Doc. 20), it is hereby

ORDERED that the case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

    /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT

Date: April 23, 2013